IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DARREN NORMAN                                                          PLAINTIFF

v.                            No. 1:11-cv-17-DPM

ALBERT ROORK, in his official capacity as
Chief of Police, Salem Police Department,
Salem, Arkansas; WALTER DILLINGER,
in his official capacity as Sheriff of Fulton County,
Arkansas; TOM HANSELMAN, in his individual
and official capacity as a duly appointed Deputy
Sheriff of Fulton County, Arkansas; DOUG
NIENDICK, in his individual and official capacity
as a Police Officer of Salem, Arkansas Police
Department; and JOHN DOES 1-4, in their
individual and official capacities as a Police Officer of
Salem, Arkansas Police Department, and duly
appointed Deputy Sheriffs of Fulton County, Arkansas    DEFENDANTS

ORDER

On 8 November 2012 at 10 a.m. the parties will hold a deposition in one of the Court's witness rooms. Luther Sutter may bring his computer and cell phone into the courthouse for use at the deposition.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 November 2012