# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DARREN NORMAN**                                  **PLAINTIFF**

v.                  No. 1:11-cv-17-DPM

**ALBERT ROORK**, in his official capacity as
Chief of Police, Salem Police Department,
Salem, Arkansas; **WALTER DILLINGER**,
in his official capacity as Sheriff of Fulton County,
Arkansas; **TOM HANSELMAN**, in his individual
and official capacity as a duly appointed Deputy
Sheriff of Fulton County, Arkansas; **DOUG
NIENDICK**, in his individual and official capacity
as a Police Officer of Salem, Arkansas Police
Department; and **JOHN DOES 1–4**, in their
individual and official capacities as a Police Officer of
Salem, Arkansas Police Department, and duly
appointed Deputy Sheriffs of Fulton County, Arkansas     **DEFENDANTS**

## ORDER

On 8 November 2012 at 10 a.m. the parties will hold a deposition in one of the Court's witness rooms. Luther Sutter may bring his computer and cell phone into the courthouse for use at the deposition.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

    8 November 2012