IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DARREN NORMAN                                                              PLAINTIFF

v.                              No. 1:11-cv-17-DPM

ALBERT ROORK, in his official capacity
as Chief of Police, Salem Police Department,
Salem, Arkansas; WALTER DILLINGER, in
his official capacity as the Sheriff of Fulton
County, Arkansas; TOM HANSELMAN, in
his individual and official capacities as a duly
appointed Deputy Sheriff of Fulton County,
Arkansas; DOUG NIENDICK, in his individual
and official capacities as a Police Officer of
Salem, Arkansas Police Department; and JOHN
DOES, 1-4, in their individual and official
capacities as police officers of Salem, Arkansas
Police Department, and duly appointed Deputy
Sheriffs of Fulton County, Arkansas                                        DEFENDANTS

JUDGMENT

Norman's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 February 2014